IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JEREMIAH SHANE and
CIERRA SHANE,

      Plaintiffs,

v.                                       Civil Action No. 5:18CV82
                                                               (STAMP)

THERMOS, L.L.C.,

      Defendant.

**<u>ORDER OF DISMISSAL</u>**

      On July 2, 2018, this Court received a Report of Mediator that advised the Court that the matters in controversy have been compromised and settled. ECF No. 4. Therefore, it is ORDERED that this civil action be, and the same is hereby, DISMISSED WITH PREJUDICE and retired from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within 90 days. Accordingly, any pending motions are DENIED AS MOOT.

      The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

      IT IS SO ORDERED.

      The Clerk is directed to transmit a copy of this order to counsel of record herein.

      DATED:    July 2, 2018

                                        <u>/s/ Frederick P. Stamp, Jr.</u>
                                        FREDERICK P. STAMP, JR.
                                        UNITED STATES DISTRICT JUDGE